ISADORE ROBBIE, Respondent, *v.* SIMSON WOLF, Individually, and as Executor and Trustee under the Will of EMANUEL HEILNER, Deceased, et al., Appellants.

(Argued March 3, 1933; decided April 11, 1933.)

*Theodore H. Lord* and *James B. Henney* for appellants. *Herbert Plaut* and *Harold Davis* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.